AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Janice Lozano, individually and on behalf of all others similarly situated,
Plaintiff,

V.

LVNV Funding, LLC, a Delaware limited liability company and Resurgent Capital Services, LP, a Delaware limited partnership,

Defendants.

CASE NUMBER: 1:20-cv-11

ASSIGNED JUDGE: Rowland

DESIGNATED MAGISTRATE JUDGE: Cole

TO: (Name and address of Defendant)

LVNV Funding, LLC
c/o Illinois Corporation Service Company, as registered agent
801 Adlai Stevenson Drive
Springfield, Illinois 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



_Tina Lam_
(By) DEPUTY CLERK

January 2, 2020
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1-6-2020 |
| NAME OF SERVER (PRINT) Michelle Tomlin | TITLE process server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: IL Corp Service Company 801 Adlai Stevenson Dr. Springfield IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-7-2020
Date

Signature of Server  [signature]

Address of Server  1 W. Old State Capitol Plaza Ste 818 Springfield IL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 1:20-CV-11

Plaintiff:
**Janice Lozano, individually and on behalf of all others similarly situated,**

vs.

Defendant:
**LVNV Funding, LLC, a Delaware limited liability company and Resurgent Capital Services, LP, a Delaware limited partnership,**

For:
Eva Falzone
Philipps & Philipps Ltd.
9760 South Roberts Road
Suite One
Palos Hills, IL 60465

Received by Clutter Investigations Inc. DBA Courthouse Courier on the 3rd day of January, 2020 at 11:03 am to be served on **LVNV Funding, LLC c/o Registered Agent, Illinois Corporation Service C, 801 Adlai Stevenson Drive, Springfield, IL 62703**.

I, Michelle Tomlin, being duly sworn, depose and say that on the **6th day of January, 2020** at **3:01 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons in a Civil Case, Class Action Complaint with Jury Demand, Exhibits A-F and Notice of Electronic Filing** with the date and hour of service endorsed thereon by me, to: **Tyler Fuchs c/o Registered Agent, Illinois Corporation Service C** as **Document Specialist** at the address of: **801 Adlai Stevenson Drive, Springfield, IL 62703**, who stated they are authorized to accept service for **LVNV Funding, LLC**, and informed said person of the contents therein, in compliance with all applicable law.

**Description** of Person Served: Age: 27, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 175, Hair: Blonde, Glasses: N

## AFFIDAVIT OF SERVICE For 1:20-CV-11

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit. Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

Subscribed and Sworn to before me on the 7th day of January, 2020 by the affiant who is personally known to me.

_Haley D. Stratton_
NOTARY PUBLIC

OFFICIAL SEAL
HALEY D. STRATTON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 04-24-2023

**Michelle Tomlin**
129-316088

**Clutter Investigations Inc. DBA Courthouse Courier**
1 West Old State Capitol Plaza
Suite 818
Springfield, IL 62701
(217) 528-5997

Our Job Serial Number: CLU-2020000013

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c